UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WAYNE DALE WAGNER, JR. § | |
| § | |
| vs. § | NO: MO:22-CV-00080-DC |
| § | |
| BOBBY LUMPKIN-DIRECTOR TDCJ-CID § | |

### FINAL ORDER OF TRANSFER

On this day, the Court entered an Order *Sua Sponte* Transferring this Writ of Habeas Corpus to the Fifth Circuit Court of Appeals. After due consideration of Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254, the Court finds that it is in the interest of justice to **TRANSFER** Petitioner's §2254 to the Fifth Circuit Court of Appeals as a second or successive habeas application.

It is so **ORDERED.**

**SIGNED this 6th day of April, 2022.**

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**