# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-50259
_____

IN RE WAYNE DALE WAGNER, JR.,

*Movant.*

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of April 8, 2022.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: /s/ Lisa E. Ferrara
       Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Jun 14, 2022**

*/s/ Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 14, 2022

Mr. Philip Devlin
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 22-50259   In re: Wayne Wagner
                           USDC No. 7:22-CV-80

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Lisa E. Ferrara*
                          By: _____
                          Lisa E. Ferrara, Deputy Clerk
                          504-310-7675

cc w/encl:
    Mr. Wayne Dale Wagner Jr.