# United States Court of Appeals
# for the Fifth Circuit

No. 22-50259

A True Copy
Certified order issued Aug 03, 2022

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

In re Wayne Dale Wagner, Jr.,

*Movant.*

Motion for an order authorizing
the United States District Court for the
Western District of Texas to consider
a successive 28 U.S.C. § 2254 application

Before Haynes, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:

  Wayne Dale Wagner, Jr., Texas prisoner # 1385699, moves for authorization to file a successive 28 U.S.C. § 2254 application with respect to his conviction for aggravated sexual assault of a child and life sentence. He is one of many Texas prisoners who, having previously filed a state habeas application, has since learned that a state prosecutor was employed to assist the district judge in reviewing it. *See Ex parte Young*, No. WR-65,137-05, 2021 WL 4302528, at *2–3 (Tex. Crim. App. Sept. 22, 2021) (unpublished); *Ex parte Wagner*, Nos. WR-71,667-01 & WR-71,667-03, 2022 WL 610980, at *1 (Tex. Crim. App. Mar. 2, 2022) (unpublished).

  Wagner proposes to raise claims that (1) he was denied the right to an impartial judge based on collusion between the judge and the prosecutor in his initial habeas proceeding; (2) he was denied the right to a fair habeas

corpus procedure based on judicial misconduct; (3) he was denied the right to a fair habeas corpus procedure based on prosecutorial misconduct; and (4) he was denied the right to a fair habeas corpus procedure in his latest state proceeding based on the review of a record tainted by judicial and prosecutorial misconduct. Regarding the strictures of 28 U.S.C. § 2244(b)(2), Wagner contends they do not apply because he is not challenging his underlying conviction.

Infirmities in state postconviction proceedings are not grounds for relief under § 2254. *Moore v. Dretke*, 369 F.3d 844, 846 (5th Cir. 2004). Thus, none of Wagner's proposed challenges states a claim that is cognizable on federal habeas review. *In re Gentras*, 666 F.3d 910, 911 (5th Cir. 2012). Accordingly, IT IS ORDERED that the motion for authorization to file a second or successive § 2254 application is DENIED.

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 03, 2022

Mr. Philip Devlin
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 22-50259   In re: Wayne Wagner
                          USDC No. 7:22-CV-80

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Lisa E. Ferrara*
                          By: _____
                          Lisa E. Ferrara, Deputy Clerk
                          504-310-7675

cc w/encl:
    Mr. Wayne Dale Wagner Jr.